# UNITED STATES DISTRICT COURT

FOR THE District of COLUMBIA

**FILED**
JUN 3 0 2008
Clerk, U.S. District and Bankruptcy Courts

CHESTER ALLEN CLOW,

Plaintiff

V.

FEDERAL BUREAU OF PRISONS, et al.,

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER   **08 1121**

I, __CHESTER ALLEN CLOW__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __UNITED STATES PENTIENTIARY, MARION, IL__

   Are you employed at the institution?   __YES__   Do you receive any payment from the institution?   __YES__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.   INMATE TRUST FUND SHEET ATTACHED HERETO, EXHIBIT A

2. Are you currently employed?   [X] Yes   [ ] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
      Federal Bureau of Prisons, 12¢ per hour worked

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [X] No
   b. Rent payments, interest or dividends   [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments   [ ] Yes   [X] No
   d. Disability or workers compensation payments   [ ] Yes   [X] No
   e. Gifts or inheritances   [X] Yes   [ ] No
   f. Any other sources   [ ] Yes   [X] No

**RECEIVED**
MAY 29 2008
Clerk, U.S. District and Bankruptcy Courts

PAGE 1 OF 2

2

AO 240 (Rev. 9/96)

- If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

```
I have recieved funds from my girlfriend, Janet Newgard, which she has
placed in my Inmate Trust Account.  In the past, this has amounted to
roughly $150.00 per month.  Janet Newgard works as an assembly line
worker at Bobcat, International, and this industry has taken a severe
downturn in the recent past.  Janet Newgard has not been able to send
me this sort of funding, as she is expecting to be laid off, and she
has been ill.  This is reflected in the past few months activity on my
Inmate Trst Accout.  I do not forsee such funds in the immediate future.
```

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    NONE.

I declare under penalty of perjury that the above information is true and correct. I make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

So Sworn and Executed on:

_5-27-08_ by:    _[signature]_
   Date                                Signature of Applicant