UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CHESTER ALLEN CLOW,            ) | |
|                Plaintiff,    ) | |
| v.                              ) | Civil Action No. 08cv01121 (ESH) |
| FEDERAL BUREAU OF PRISONS,     ) | |
| UNITED STATES PROBATION OFFICE ) | |
|                Defendants.   ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

**This is a final appealable order.**

                                         /s/
                                ELLEN SEGAL HUVELLE
                                United States District Judge

Date: July 9, 2008