UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHESTER ALLEN CLOW,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF PRISONS**, *et al.*, )<br>)<br>**Defendants.** )<br>) | Civil Action No. 08-1121 (ESH) |

## ORDER

In light of the Court's disposition of this matter, it is hereby

**ORDERED** that the Court's Order dated June 30, 2008 [Dkt. #4] is **VACATED**. It is further

**ORDERED** that the Clerk of the Court is directed to refund to plaintiff the filing fee submitted in this case.

**SO ORDERED**.

　　　　　　　　　　　/s/　　　　　　　
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 12, 2008